**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of __Nevada__
                                   (State)
Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Critical Care Medical Consultants, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | X X - X X X 8 4 2 5 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6597 Buried Treasure Court | 5940 S. Rainbow Blvd. Box 55 |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Las Vegas      NV      89139 | Las Vegas      NV      89118 |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clark County | |
| County | Number      Street |
| | |
| | City      State      ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  __Critical Care Medical Consultants, Inc.__   Case number (*if known*)_____
            Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  _5_ _6_ _1_ _4_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7
❑ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ A plan is being filed with this petition.

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
❑ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
          District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
❑ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                                            MM / DD / YYYY
          Case number, if known _____

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **2**

Debtor ____Critical Care Medical Consultants, Inc.____     Case number (*if known*)_____
       Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>❑ It needs to be physically secured or protected from the weather.<br>❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>❑ Other _____<br><br>**Where is the property?** _____<br>        Number      Street<br>_____<br>_____ _____ _____<br>City                                State    ZIP Code<br><br>**Is the property insured?**<br>❑ No<br>❑ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49     ❑ 1,000-5,000     ❑ 25,001-50,000<br>❑ 50-99     ❑ 5,001-10,000     ❑ 50,001-100,000<br>❑ 100-199     ❑ 10,001-25,000     ❑ More than 100,000<br>❑ 200-999 |
| 15. | **Estimated assets** | ❑ $0-$50,000     ❑ $1,000,001-$10 million     ❑ $500,000,001-$1 billion<br>❑ $50,001-$100,000     ❑ $10,000,001-$50 million     ❑ $1,000,000,001-$10 billion<br>☒ $100,001-$500,000     ❑ $50,000,001-$100 million     ❑ $10,000,000,001-$50 billion<br>❑ $500,001-$1 million     ❑ $100,000,001-$500 million     ❑ More than $50 billion |

Debtor  __Critical Care Medical Consultants, Inc.__   Case number (if known) _____
  Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 29 / 2016
                MM / DD / YYYY

X _____     __Brad Esposito__
Signature of authorized representative of debtor       Printed name

Title __President__

**18. Signature of attorney**

X _____     Date  03 / 29 / 2016
Signature of attorney for debtor                    MM / DD / YYYY

__David M. Gardner, Esq.__
Printed name

__Pengilly Law Firm__
Firm name

__1995 Village Center Circle, Ste. 190__
Number     Street

__Las Vegas__          __NV__    __89134__
City                   State    ZIP Code

__702.889.6665__          __dgardner@pengillylawfirm.com__
Contact phone             Email address

__12375__                 __Nevada__
Bar number                State