**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**Southern DIVISION**

| | | |
|---|---|---|
| In re: CRITICAL CARE MEDICAL CONSULTANTS INC. | § § § § | Case No. 16-11625 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kavita Gupta, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $13,654.77 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $37,895.97 | | |

3) Total gross receipts of $37,895.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $37,895.97 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $67,644.55 | $67,644.55 | $22,308.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $109,946.75 | $109,946.75 | $15,587.25 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $177,591.30 | $177,591.30 | $37,895.97 |

4) This case was originally filed under chapter 11 on 03/29/2016, and it was converted to chapter 7 on 08/10/2016.  The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/25/2018            By: /s/ Kavita Gupta
                                     Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds turn over from Chapter 11 Trustee after conversion of case | 1290-010 | $18,536.27 |
| Refund from Chapter 11 Bond | 1290-000 | $100.00 |
| Settlement Proceeds from Court-Approved Settlement with Miracle Flights (Dkt. No. 189) | 1249-000 | $19,259.70 |
| TOTAL GROSS RECEIPTS | | $37,895.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kavita Gupta | 2100-000 | NA | $4,539.60 | $4,539.60 | $1,129.14 |
| Trustee, Expenses - Kavita Gupta | 2200-000 | NA | $2,121.24 | $2,121.24 | $2,121.24 |
| Fees, United States Trustee | 2950-000 | NA | $975.41 | $975.41 | $975.41 |
| Bond Payments - International Sureties, Ltd | 2300-000 | NA | $11.06 | $11.06 | $11.06 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $622.32 | $622.32 | $622.32 |
| Attorney for Trustee Fees (Other Firm) - Brutzkus Gubner Rozansky Seror Weber LLP | 3210-000 | NA | $55,806.00 | $55,806.00 | $13,880.63 |
| Attorney for Trustee Expenses (Other Firm) - Brutzkus Gubner Rozansky Seror Weber LLP | 3220-000 | NA | $2,568.92 | $2,568.92 | $2,568.92 |
| Accountant for Trustee Fees (Other Firm) - Don Fife | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$67,644.55** | **$67,644.55** | **$22,308.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Brutzkus Gubner Rozansky Seror Weber LLP | 6220-000 | NA | $12,555.24 | $12,555.24 | $12,555.24 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Brutzkus Gubner Rozansky Seror Weber LLP | 6210-000 | NA | $94,359.50 | $94,359.50 | $0.00 |
| Prior Chapter Trustee Expenses - Kavita Gupta | 6102-000 | NA | $3,032.01 | $3,032.01 | $3,032.01 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$109,946.75** | **$109,946.75** | **$15,587.25** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-11625
**Case Name:** CRITICAL CARE MEDICAL CONSULTANTS INC.
**For Period Ending:** 03/25/2018

**Trustee Name:** (007822) Kavita Gupta
**Date Filed (f) or Converted (c):** 08/10/2016 (c)
**§ 341(a) Meeting Date:** 09/08/2016
**Claims Bar Date:** 12/07/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds turn over from Chapter 11 Trustee after conversion of case (u)<br>Funds turned over from Chapter 11 Trustee after conversion of case to Chapter 7 case | 0.00 | 20,071.27 | | 18,536.27 | FA |
| 2 | Refund from Chapter 11 Bond  (u) | 0.00 | 0.00 | | 100.00 | FA |
| 3 | Settlement Proceeds from Court-Approved Settlement with Miracle Flights (Dkt. No. 189) (u) | 0.00 | 25,000.00 | | 19,259.70 | FA |
| 4 | ACCOUNTS RECEIVABLE<br>The Debtor scheduled accounts receivables related to the medical liens.  The Chapter 11 Trustee entered into a court-approved settlement with Miracle Flights, the Estate's largest creditor, pursuant to which the title to the medical liens were transferred to Miracle Flights. (Dkt. No. 189).  Therefore, the Estate has no interest in any accounts receivables related to the medical liens. | 6,354.77 | 0.00 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>The Trustee filed a notice of intent to abandon (Dkt. No. 232), which was approved by the Court. | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Litigation against Third Parties<br>The Debtor scheduled a potential theft claim related to the medical liens.  The Chapter 11 Trustee entered into a court-approved settlement with Miracle Flights, the Estate's largest creditor, pursuant to which the title to the medical liens were transferred to Miracle Flights. (Dkt. No. 189).  Therefore, the Estate has no interest in any litigation related to the medical liens. | 6,800.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$13,654.77** | **$45,071.27** | | **$37,895.97** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 16-11625 | **Trustee Name:** (007822) Kavita Gupta |
| **Case Name:** CRITICAL CARE MEDICAL CONSULTANTS INC. | **Date Filed (f) or Converted (c):** 08/10/2016 (c) |
| | **§ 341(a) Meeting Date:** 09/08/2016 |
| **For Period Ending:** 03/25/2018 | **Claims Bar Date:** 12/07/2016 |

**Major Activities Affecting Case Closing:**

1) Status of retention of professionals.  The Trustee obtained an order approving the employment of bankruptcy counsel (Dkt. No. 227) and the accountant. (Dkt. No. 242).  The order approving the accountant's employment provided that the Trustee was authorized to pay the accountant $1,000 without the necessity of a final fee application.

2) Assets that will be abandoned and why. The Trustee filed a notice of intent to abandon the Debtor's computer and server (Ref. #5) because the cost of administration would exceed any potential recovery.  (Dkt. No. 232.)  As stated in the Notice, the Trustee did not locate any office equipment or supplies.  The Court entered an order approving the abandonment.  (Dkt. No. 241.)  The Trustee also filed a notice of intent to abandon and destroy or dispose of books and records, computers and related equipment.  (Dkt. No. 243.)  The Court entered an order approving the abandonment.  (Dkt. No. 256.)

3) Status of liquidation efforts, pending sales, hearing or auction dates, ect.  NA

4) Status of adversary actions and appeals.   NA.  The Trustee and her counsel have conducted an avoidance analysis and have determined that there are no viable avoidance actions.

5) Status of claim objections/claim review.  Two creditors filed claims in this case: (a) the UST filed Claim No. 2-1 for unpaid Chapter 11 fees ($975); and (b) Miracle Flights filed Claim No. 1-1 for an unpaid judgment pursuant to a court-approved settlement ($2.9 million) (Dkt. No. 189).  Pursuant to a court-approved settlement, Miracle Flights withdrew its claim.  (Dkt. No. 258.)  The Trustee has conducted a claim analysis and has determined that there is no bases for filing any claim objections.

6) Status of tax returns.  The Trustee's accountant filed the tax return which includes the limited stub income for 2017.  The Trustee's accountant further advised the Trustee that the Debtor is a pass-through entity and therefore, the IRS will not issue a Section 505(b) determination.

7)  Status of settlement payments from Miracle Flights.  Pursuant to a settlement agreement, the Estate received settlement payments from Miracle Flights from the liquidation of medical liens. (Dkt. No. 189).  The Trustee and Miracle Flights subsequently entered into a court approved stipulation amending the settlement agreement pursuant to which Miracle Flights agreed to withdraw its claim and the Trustee agreed that Miracle Flights would no longer need to make any settlement payments after a date certain.  (Dkt. No. 251.)

8) Carve-out for Unsecured Creditors.  The Trustee and Miracle Flights for Kids ("MFFK") entered into a court approved settlement pursuant to which the Trustee agreed to carve out 40% of any funds the estate received from MFFK for the benefit of unsecured creditors other than MFFK.  (Dkts. Nos. 168, 189.)  Therefore, Claim No. 2-1 filed by the Office of the United States Trustee for its Chapter 11 administrative claim will be paid in full even though there are insufficient funds to pay the Chapter 7 administrative claims in full.

9) Court-Approved Stipulation to Alter Distribution Under Section 726.  The estate is administratively insolvent. As a professional courtesy to Mr. Fife, the Chapter 7 estate's accountant, and CMA Adjustment who would otherwise not be paid in full, the Chapter 7 Trustee and Brutzkus Gubner, counsel for the Chapter 7 Trustee, entered into a court-approved stipulation pursuant to which the Chapter 7 Trustee was authorized to alter the distribution under 11 U.S.C. § 726 as follows: (1) Mr. Fife's $1,000 fee claim in the Chapter 7 case will be paid in full; (2) the expenses of the Trustee (including the expenses incurred by CMA Adjustments) and Brutzkus Gubner in the Chapter 7 case will be paid in full; (3) the expenses of the Trustee (including the expenses incurred by CMA Adjustments) and Brutzkus Gubner in the Chapter 11 case will be paid in full; and (4) the fees of the Trustee and Brutzkus Gubner in the Chapter 7 case will be paid on a pro-rata basis from any remaining cash.  (Dkt. No. 266.)

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 08/31/2017 | **Current Projected Date Of Final Report (TFR):** 08/31/2017 |

| | |
|---|---|
| 03/25/2018 | /s/Kavita Gupta |
| Date | Kavita Gupta |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-11625 | Trustee Name: | Kavita Gupta (007822) |
|---|---|---|---|
| Case Name: | CRITICAL CARE MEDICAL CONSULTANTS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8425 | Account #: | ******8500 Checking General |
| For Period Ending: | 03/25/2018 | Blanket Bond (per case limit): | $36,953,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/16 | {1} | Kavita Gupta, Chapter 11 Trustee | Disbursement of funds on hand from Chapter 11 Trustee | 1290-010 | 15,000.00 | | 15,000.00 |
| 08/19/16 | {1} | Kavita Gupta, Chapter 11 Trustee | Funds turned over from Chapter 11 Trustee after conversion of case | 1290-010 | 5,071.27 | | 20,071.27 |
| 08/19/16 | {1} | Kavita Gupta, Chapter 11 Trustee | Deposit Reversal: Funds deposited in Estate's Miracle Flights Account (xxxxxx8501) | 1290-010 | -5,071.27 | | 15,000.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 14,990.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.77 | 14,961.23 |
| 10/13/16 | | Transfer to RaboBank General Checking Account | Transfer funds from Miracle Flights Acct to General Checking | 9999-000 | 3,536.27 | | 18,497.50 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.16 | 18,471.34 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.26 | 18,443.08 |
| 12/18/16 | {2} | Global Surety, LLC - Operating Account | Refund from Chapter 11 Bond | 1290-000 | 100.00 | | 18,543.08 |
| 12/21/16 | 101 | International Sureties, Ltd. | Chapter 7 Blanket Bond Premium Payment | 2300-000 | | 5.53 | 18,537.55 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.49 | 18,511.06 |
| 01/13/17 | {3} | Miracle Flights | Settlement proceeds from court-approved settlement with Miracle Flights (Dkt. No. 189) | 1249-000 | 7,011.00 | | 25,522.06 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.44 | 25,487.62 |
| 02/28/17 | {3} | Miracle Flights | Settlement proceeds from court-approved settlement with Miracle Flights (Dkt. No. 189) | 1249-000 | 8,955.37 | | 34,442.99 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.21 | 34,408.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.14 | 34,357.64 |
| 04/11/17 | {3} | Miracle Flights | Settlement proceeds from court-approved settlement with Miracle Flights (Dkt. No. 189) | 1249-000 | 3,293.33 | | 37,650.97 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.80 | 37,602.17 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.49 | 37,542.68 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.99 | 37,488.69 |
| | | | **Page Subtotals** | | **$37,895.97** | **$407.28** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-11625 | Trustee Name: | Kavita Gupta (007822) |
|---|---|---|---|
| Case Name: | CRITICAL CARE MEDICAL CONSULTANTS INC. | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8500 Checking General |
| Taxpayer ID #: | **-***8425 | Blanket Bond (per case limit): | $36,953,936.00 |
| For Period Ending: | 03/25/2018 | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.12 | 37,436.57 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.23 | 37,377.34 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.96 | 37,325.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.26 | 37,268.12 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.60 | 37,214.52 |
| 12/01/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -53.60 | 37,268.12 |
| 01/17/18 | 102 | Brutzkus Gubner Rozansky Seror Weber LLP | Chapter 7 fees per Court Order (Dkt. No. 277) | 3210-000 | | 13,880.63 | 23,387.49 |
| 01/17/18 | 103 | Brutzkus Gubner Rozansky Seror Weber LLP | Chapter 7 expenses per Court Order (Dkt. No. 277) | 3220-000 | | 2,568.92 | 20,818.57 |
| 01/17/18 | 104 | Brutzkus Gubner Rozansky Seror Weber LLP | Chapter 11 Expenses per Court Order (Dkt. No. 277) | 6220-000 | | 12,555.24 | 8,263.33 |
| 01/17/18 | 105 | Kavita Gupta | Chapter 11 Trustee Expenses per Court Order (Dkt. No. 277) | 6102-000 | | 3,032.01 | 5,231.32 |
| 02/01/18 | 106 | International Sureties, Ltd. | Payment of blanket bond premium for 2018 | 2300-000 | | 5.53 | 5,225.79 |
| 02/06/18 | 107 | Donald T. Fife | Court approved fees (Dkt. No. 242) | 3410-000 | | 1,000.00 | 4,225.79 |
| 02/06/18 | 108 | Kavita Gupta | Chapter 7 Trustee Expenses (Dkt. No. 282) | 2200-000 | | 2,121.24 | 2,104.55 |
| 02/06/18 | 109 | Office of the United States Trustee | Payment of Claim No. 2-1 (Dkt. No. 282)<br>Stopped on 03/07/2018 | 2950-000 | | 975.41 | 1,129.14 |
| 02/12/18 | 110 | Kavita Gupta | Chapter 7 Trustee fees per court order (Dkt. No. 284.) | 2100-000 | | 1,129.14 | 0.00 |
| 03/07/18 | 109 | Office of the United States Trustee | Payment of Claim No. 2-1 (Dkt. No. 282)<br>Stopped: check issued on 02/06/2018 | 2950-000 | | -975.41 | 975.41 |
| 03/11/18 | 111 | Office of the United States Trustee | Case #: ***-**-*1625<br>Payment of Claim No. 2-1 (Dkt. No. 282) | 2950-000 | | 975.41 | 0.00 |
| | | | Page Subtotals: | | $0.00 | $37,488.69 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-11625 | Trustee Name: | Kavita Gupta (007822) |
|---|---|---|---|
| Case Name: | CRITICAL CARE MEDICAL CONSULTANTS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8425 | Account #: | ******8500 Checking General |
| For Period Ending: | 03/25/2018 | Blanket Bond (per case limit): | $36,953,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 37,895.97 | 37,895.97 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 3,536.27 | 0.00 | |
| | | | Subtotal | | 34,359.70 | 37,895.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $34,359.70 | $37,895.97 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 4

| Case No.: | 16-11625 | Trustee Name: | Kavita Gupta (007822) |
|---|---|---|---|
| Case Name: | CRITICAL CARE MEDICAL CONSULTANTS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8425 | Account #: | ******8501 Checking Miracle Flights |
| For Period Ending: | 03/25/2018 | Blanket Bond (per case limit): | $36,953,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/16 | | Kavita Gupta, Chapter 7 Trustee | Funds turned over by Chapter 11 Trustee after conversion of case to Chapter 7 case. | | 5,071.27 | | 5,071.27 |
| | {1} | | Funds received in error $1,535.00 | 1290-010 | | | 5,071.27 |
| | {1} | | Funds turned over by Chapter 11 Trustee after conversion of case to Chapter 7 case. $3,536.27 | 1290-010 | | | 5,071.27 |
| 09/16/16 | 101 {1} | Miracle Flights | Refund of medical liens | 1290-010 | -1,535.00 | | 3,536.27 |
| 10/13/16 | | Transfer to General Checking Account | Transfer funds from Miracle Flights Acct to General Checking | 9999-000 | | 3,536.27 | 0.00 |
| | | **COLUMN TOTALS** | | | **3,536.27** | **3,536.27** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 3,536.27 | |
| | | **Subtotal** | | | **3,536.27** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,536.27** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-11625 |
| **Case Name:** | CRITICAL CARE MEDICAL CONSULTANTS INC. |
| **Taxpayer ID #:** | **-***8425 |
| **For Period Ending:** | 03/25/2018 |

| | |
|---|---|
| **Trustee Name:** | Kavita Gupta (007822) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8501 Checking Miracle Flights |
| **Blanket Bond (per case limit):** | $36,953,936.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8500 Checking General | $34,359.70 | $37,895.97 | $0.00 |
| ******8501 Checking Miracle Flights | $3,536.27 | $0.00 | $0.00 |
| | $37,895.97 | $37,895.97 | $0.00 |

03/25/2018
Date

/s/Kavita Gupta
Kavita Gupta

UST Form 101-7-TDR (10 /1/2010)